**DISMISS; and Opinion Filed July 19, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01252-CR**

**HEATHER MARIE TETER, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 371st District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 1512130D**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

On May 23, 2019, a supplemental clerk's record was filed containing appellant's two pro se motions to dismiss this appeal. The motions are handwritten and signed by appellant, but they are not signed by her counsel. Under Rule 42.2(a) of the Texas Rules of Appellate Procedure, both the appellant and her attorney "must sign the written motion to dismiss." TEX. R. CIV. P. 42.2(a). On May 29, 2019, this Court forwarded a copy of appellant's motions to her counsel, Eric Labovitz, and requested that Labovitz file a supplemental motion to dismiss should he agree that this appeal should be dismissed. On July 10, 2019, Labowitz filed a motion dismiss and requested that we withdraw appellant's notice of appeal and dismiss her appeal. We **GRANT** the foregoing motions to dismiss. *See id.*

We dismiss the appeal.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

Do No Publish
TEX. R. APP. P. 47.2(b)

181252F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HEATHER MARIE TETER, Appellant

No. 05-18-01252-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 371st District Court,
Tarrant County, Texas
Trial Court Cause No. 1512130D.
Opinion delivered by Justice Pedersen, III.
Justices Whitehill and Partida-Kipness
participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 19th day of July, 2019.